IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEAN LOWERY                                                                              PLAINTIFF

v.                                                     3:09CV00013-WRW

UNUM LIFE INSURANCE                                                                   DEFENDANT
COMPANY OF AMERICA

## ORDER

Pending is Plaintiff's Motion for Partial Summary Judgment (Doc. No. 11). Defendant has responded.[1] For the reasons set out below, Plaintiff's motion's is DENIED without prejudice.

Plaintiff asserts that "in the instant case the standard [of review] should be "de novo" and there should be full discovery."[2] Defendant contends, among other things, that a motion for summary judgment may not be the appropriate pleading with respect to these issues, because Plaintiff is not seeking judgment on all or part of her claim.[3] I agree. Moreover, I am uncertain of exactly what relief Plaintiff is requesting. Accordingly, Plaintiff's Motion for Partial Summary Judgment is DENIED without prejudice.

IT IS SO ORDERED this 14th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.

[2] Doc. No. 12.

[3] Doc. No. 13.