**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOEAN LOWERY**                                                                                          **PLAINTIFF**

**v.**                                               **3:09CV00013-WRW**

**UNUM LIFE INSURANCE**                                                                        **DEFENDANT**
**COMPANY OF AMERICA**

## ORDER

Pending are Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment and Support Brief (Doc. No. 19) and Motion for Summary Judgment (Doc. No. 20).

Plaintiff's Motion for Summary Judgment (Doc. No. 20) is DENIED without prejudice. Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment (Doc. No. 19) is GRANTED. Plaintiff is directed to file any motion for summary judgment and brief in support by 5:00 p.m., Monday, August 10, 2009. All pleadings must comply with the Local Rules. Defendant is directed to file any response to Plaintiff's motion for summary judgment by 5:00 p.m., Friday, October 9, 2009.

IT IS SO ORDERED this 30th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE