IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOEAN LOWERY**                                                                                **PLAINTIFF**

**v.**                                          **3:09CV00013-WRW**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**                                                                            **DEFENDANT**

## JUDGMENT

Based on the Order entered today, judgment is entered in favor of Plaintiff.

IT IS SO ORDERED this 11th day of December, 2009.


                                                                  /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE