IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEAN LOWERY                                                                                      PLAINTIFF

v.                                            3:09CV00013-WRW

UNUM LIFE INSURANCE COMPANY                                                          DEFENDANT
OF AMERICA

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees (Doc. Nos.28, 36). Defendant has responded.[1]

I consider Plaintiff's request in light of the five *Westerhaus*[2] factors. I find that while Defendant did not act in bad faith, Defendant is able to pay attorney's fees and an award of attorney's fees might have a deterrent effect. Further, the merits of the case weigh in Plaintiff's favor. Accordingly, Plaintiff's Motion is GRANTED to the extent set out below.

I will not award fees for the following services:

| | |
|---|---|
| February 19, 2009: | Draft Application to Proceed IFP -- because the motion to proceed ifp was filed already on February 5, 2009. |
| February 19, 2009: | Review Notice of Appearance by Opposing Counsel -- because .2 hours to review a notice of appearance is excessive |
| June 18, 2009: | Review Motion to Extend Motion Deadline -- because .3 hours to review this unopposed, 6-sentence motion is excessive. |
| July 30, 2009: | Draft Order |
| August 7, 2009: | Draft Abstract of the Medical Record -- the Administrative Record filed contains medical records that speak for themselves. |
| February 12, 2010: | Draft Motion for Attorney's Fees |

---

[1]Doc. No. 33.

[2]*Lawrence v. Westerhaus*, 794 F.2d 494, 496 (8th Cir. 1984).

1

February 12, 2010:     Draft Brief in support of Motion for Attorney's Fees

The above services account for $1,782.00 in attorney's fees and $45.00 in paralegal fees,[3] for a sum of $1,872.00. Plaintiff's request also includes at least $850.00 in fees for services that were rendered in 2007 and 2008 -- well before this case was ever filed and apparently in connection with the exhaustion of Plaintiff's administrative remedies. I will allow only half of those fees, or $425. I will allow the total $1,036.60 in requested costs.

Plaintiff's original request of $11,584.60 less $2,297 ($1,872.00 plus $425) results in an award of attorney's fees and costs in the total amount of $9,287.60.

IT IS SO ORDERED this 29th day March, 2010.

                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

---

[3]Because Plaintiff's attorney did not provide his hourly rate, to find an hourly rate I divided the amount of attorney's fees requested by the number of hours of service provided to reach the hourly rate of $165.00. Ditto for paralegal fees at $45 per hour.